■ In the Matter of QABAIL HIZBULLAHANKHAMON, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. (Appeal No. 2.) [828 NYS2d 226]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered October 28, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Smith, Peradotto and Pine, JJ.

■ DAVID W. CAMPBELL et al., Respondents, v AEROSPACE PRODUCTS INTERNATIONAL, Formerly Known as AIRCRAFT PARTS INTERNATIONAL COMBS, INC., and a Subsidiary of FIRST AVIATION SERVICES INC., et al., Defendants, and GARLOCK, INC., et al., Appellants. (Appeal No. 1.) [827 NYS2d 919]—Appeals from an order of the Supreme Court, Erie County (John P. Lane, J.), entered July 13, 2006 in a personal injury action. The order, insofar as appealed from, granted plaintiffs' motion for a protective order.

It is hereby ordered that said appeals be and the same hereby are unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Martoche, Smith, Peradotto and Pine, JJ.